

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,988-02

### EX PARTE THOMAS EDWARD BETTS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. F05-58299-M IN THE 194TH DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession with intent to deliver a controlled substance, and originally received five years' deferred adjudication community supervision. His guilt was later adjudicated and he was sentenced to imprisonment for fifteen years.

On February 11, 2014, an order designating issues was signed by the trial court. The Dallas County District Clerk properly forwarded the application to this Court after 180 days had passed since the State received service of the application. TEX. R. APP. P. Rule 73.4(5). Nevertheless, there

are issues which still need to be resolved. Specifically, although it appears that the State filed an amended motion to revoke Applicant's community supervision on August 3, 2011, the habeas record does not reflect whether a capias was issued for the arrest of Applicant before the five-year period of deferred adjudication had expired. Furthermore, there has been no resolution of the question of whether Applicant received effective assistance of counsel, as designated in the February 11, 2014, order designating issues. Therefore, we remand this application to the 194th District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 17, 2014
Do not publish